United States District Court
District of Massachusetts

| | |
|---|---|
| Leonel Andres Sinecio Martinez,<br><br>    Petitioner,<br><br>    v.<br><br>Patricia Hyde, et al.,<br><br>    Respondents. | Civil Action No.<br>25-13035-NMG |

ORDER

GORTON, J.

Having reviewed the pending petition for writ of habeas corpus and the opposition thereto (Docket Nos. 1 and 14), the Court directs the government to file, on or before Friday, December 5, 2025, supplemental briefing on the determination of the U.S. Citizenship and Immigration Services that there is a significant likelihood of removing petitioner to El Salvador in the reasonably foreseeable future, as required under 8 C.F.R. §241.13(i)(2).

So ordered.

_____
Nathaniel M. Gorton
Senior United States District Judge

Dated: December /, 2025

- 1 -